## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

H. THOMAS MORAN, II, AS RECEIVER OF )
THE ASSETS OF EDWARD T. STEIN; DISP, )
LLC; EDWARD T. STEIN ASSOCIATES, )
LTD.; G&C PARTNERSHIP JOINT VENTURE; )
GEMINI FUND I, L.P.; )
PRIMA CAPITAL MANAGEMENT, LLC; )
VIBRANT CAPITAL CORP.; and )
VIBRANT CAPITAL FUNDING I LLC, )
                                      )
            Plaintiff, )
                                      )
      -against- )
                                        )
MORTON GOLDFARB *et al.*, )
                                      )
          Defendants. )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/09

Case No.: 09-cv-7667-DLC

## ORDER EXTENDING TIME FOR SERVICE

      The Court has before it for review and consideration the "Plaintiff's Motion and Memorandum in Support for an Order Extending Time for Service," Doc. No. 10, (the "Motion"). The Court, being fully advised in the premises and having reviewed the relevant filings in this matter, finds that the Motion should be granted.

      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the time for the Plaintiff to serve those Defendants named in the original Complaint, Doc. No. 1, is extended through March 1, 2010.

Dated this 29th day of December, 2009.

_____
DENISE L. COTE
UNITED STATES DISTRICT JUDGE