UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. THOMAS MORAN, II, AS RECEIVER OF THE ASSETS OF EDWARD T. STEIN; DISP, LLC; EDWARD T. STEIN ASSOCIATES, LTD.; G&C PARTNERSHIP JOINT VENTURE; GEMINI FUND I, L.P.; PRIMA CAPITAL MANAGEMENT, LLC; VIBRANT CAPITAL CORP.; and VIBRANT CAPITAL FUNDING I LLC,<br><br>  Plaintiff,<br><br>-against-<br><br>MORTON GOLDFARB, et al.<br><br>  Defendants. | Case No.: 09-cv-7667-DLC |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**AS TO CERTAIN DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff H. Thomas Moran, II, as receiver, hereby dismisses, without prejudice, his claims in this action against the following Defendants:

| Defendant No. | Defendant Name |
|---|---|
| 3 | Fred Klein |
| 4 | Marian Klein |
| 9 | "Sy" Seymour Schneider |
| 13 | Robert Holbert |
| 15 | Barry Zeman |
| 16 | Angela Zeman |
| 17 | Joshua Zeman |

| | |
|---|---|
| 21 | Joseph Burke |
| 22 | Harjinder S. Sidhu |
| 29 | Harold Sternfeld |
| 44 | Phillip Edwards |
| 45 | Ellen Edwards |
| 48 | Cris Read a/k/a Chris Sternfeld |
| 53 | Arlene Bertini |
| 66 | Patricia Sinistore |
| 83 | William Sinistore |
| 84 | Bojack Corp. |
| 85 | Patricia Romano |
| 86 | Barbara K. Wiener |

Respectfully submitted,

*/s/ Melvin R. McVay*
Melvin R. McVay, Jr. (admitted pro hac vice)
**PHILLIPS MURRAH P.C.**
Corporate Tower, Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, OK 73102
Telephone: (405) 235-4100

ATTORNEYS FOR RECEIVER,
H. THOMAS MORAN, II

00447196.DOC

2