UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
H. THOMAS MORAN, II, AS RECEIVER OF THE     09-cv-7667 (DLC)
ASSETS OF EDWARD T. STEIN, ET AL.,

                           Plaintiff,                     NOTICE OF APPEARANCE

        - against –

MORTON GOLDFARB, ET AL.

                           Defendants.
-----------------------------------------------------------------x

SIRS:

       PLEASE TAKE NOTICE that the firm of CAMPOLO, MIDDLETON & ASSOCIATES, LLP hereby appears in the above entitled action and that the undersigned has been retained as attorneys for Defendant, NEIL RICK, and demands that a copy of all papers in this action be served upon the undersigned at the office address stated below.

Dated:       Bohemia, New York
                March 9, 2010

                           CAMPOLO, MIDDLETON
                           & ASSOCIATES, LLP

                           By:    /s/ Joseph N. Campolo
                                Joseph N. Campolo, Esq.(JC 8079)
                                *Attorneys for Defendant Neil Rick*
                                3340 Veterans Memorial Highway
                                Suite 400
                                Bohemia, NY 11716
                                Telephone: (631) 738-9100
                                Facsimile: (631) 738-0659

TO:     JASON A. DUNN, ESQ.
         PHILLIPS MURRAH, P.C.
         Attorneys for Plaintiffs
         101 North Robinson Avenue
         Oklahoma City, Oklahoma 73102
         Telephone: (405) 235-4100