```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/10
```

Sullivan

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

H. THOMAS MORAN, II, AS RECEIVER OF )
THE ASSETS OF EDWARD T. STEIN; DISP, )
LLC; EDWARD T. STEIN ASSOCIATES, )
LTD.; G&C PARTNERSHIP JOINT VENTURE; )
GEMINI FUND I, L.P.; )
PRIMA CAPITAL MANAGEMENT, LLC; )
VIBRANT CAPITAL CORP.; and )
VIBRANT CAPITAL FUNDING I LLC, )   Case No.: 09-cv-7667-RJS
 )
Plaintiff, )
 )
-against- )
 )
MORTON GOLDFARB *et al.*, )
 )
Defendants. )

### ORDER DISMISSING CLAIMS AGAINST DEFENDANTS CHARLES SANFILIPPO, STUART NATTBOY, GLORIA NATTBOY AND BROOKE SIEGEL WITH PREJUDICE

The Receiver has notified the Court that settlements in accordance with the Settlement Guidelines approved by the Court, Doc. No. 5, have been reached with the following defendants: Charles SanFilippo (Def. No. 2), Stuart Nattboy (Def. No. 30), Gloria Nattboy (Def. No. 31) and Booke Siegel (Def. No. 49).

**IT IS HEREBY ORDERED** that the Receiver's claims in this action against defendants Charles SanFilippo (Def. No. 2), Stuart Nattboy (Def. No. 30), Gloria Nattboy (Def. No. 31) and Brooke Siegel (Def. No. 49) are dismissed with prejudice.

Dated this 17th day of March, 2010.

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE