```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. THOMAS MORAN, II, *et al.*,

                Plaintiffs,

-v-

MORTON GOLDFARB, *et al.*,

                Defendants.

No. 09 Civ. 7667 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter, dated April 5, 2010, from the Receiver, requesting an extension of time in which to respond to Defendants Matthew Canno and the Matthew Canno Trust's pre-motion letter. Defendants do not object to an extension. Accordingly, IT IS HEREBY ORDERED that the Receiver shall respond to Defendants' letter, which shall not exceed three pages, by Monday, April 12, 2010. The pre-motion conference scheduled for Friday, April 16, 2010 at 10:30 a.m. shall proceed as scheduled in the Court's April 1, 2010 Order.

SO ORDERED.

Dated:     April 5, 2010
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE