UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/10
```

H. THOMAS MORAN, II, *et al.*,

                Plaintiffs,

-v-

MORTON GOLDFARB, *et al.*,

                Defendants.

No. 09 Civ. 7667 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court received the attached letter, on April 30, 2010, from Defendant Edward Hamilton, requesting an extension of time in which to answer or otherwise respond to the amended complaint. The request is granted. IT IS HEREBY ORDERED that Defendant's time in which to answer or otherwise respond to the amended complaint is extended until May 24, 2010.

SO ORDERED.

Dated:      May 3, 2010
                New York, New York

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE

Judge Richard J. Sullivan

United States District Court

Southern District of New York

500 Pearl Street

New York, N Y 10007


Judge Sullivan

I am contacting you in order to request for an extension of time regarding answering the following Summons originally due an answer on May 3, 2010.

H Thomas Moran,II, et al.  Plaintiff  V  Edward Hamilton, Defendant

   Civil Action No. 09-cv-7667-DLC

H Thomas Moran, II, et al.  Plaintiff  V  Axel Ventures Defined Benefit Plan, Defendant

   Civil Action No. 09-cv-7667-DLC

This case involves a Pozi Scheme with respect to Mr. Ed Stein and in effect is a claw back litigation whereby the Plaintiff is claiming $3,969.00 is due to the estate from me. I have been a victim by Mr. Ed Stein regarding his Ponzi Scheme and have filed a claim with the Receiver for $150,000.00. I am working with the receiver to give them adequate facts regarding my claim. We hope to resolve this in the near future. Clearly I am fighting to have this resolved in my favor based on the massive discrepancy of valuations.

I am requesting an extension so the receiver and myself can resolve this. Alternatively I am faced with hiring a lawyer whose retainer will exceed the amount of the claim.

I have spoken with the Plaintiff's attorney, Mr. Jason Dunn from Phillips Murrah PC who is comfortable with such an extension.

Thank you for your consideration,

Edward Hamilton

2010 APR 30 P 5: 08

PRO SE OFFICE
RECEIVED

Judge Richard J. Sullivan

United States District Court

Southern District of New York

500 Pearl Street

New York, N Y 10007

Judge Sullivan

As requested as an affirmation of service and I swear under penalty of perjury that I have sent a copy of this letter to the Plaintiffs lawyer Mr. Jason Dunn at Phillips Murrah PC, attorneys and Counselors at Law.

Thank You

Edward Hamilton