```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. THOMAS MORAN, II, *et al.*,

                Plaintiffs,

-v-

MORTON GOLDFARB, *et al.*,

                Defendants.

No. 09 Civ. 7667 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter, dated April 29, 2010, from the Receiver and Defendants Young Bin Choo, the Choo Revocable Trust, and Chang Woon Huh Choo, requesting an extension until May 24, 2010 to answer or otherwise respond to the amended complaint. The request is granted.

SO ORDERED.

Dated:    May 3, 2010
           New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE