UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
H. THOMAS MORAN, II, AS RECEIVER
OF THE ASSETS OF EDWARD T. STEIN; et al.,

                                                Plaintiffs,

**ANSWER**

09 Civ. 7667 (DLC)

- against-

MORTON GOLDFARB; et al.,

                                                Defendants.
-----------------------------------------------------------------x

      Defendants RK Hillyer, LLC, Accommodations in New York, Inc., 18th Corp. and Kazuko Hillyer, by their attorneys, Rosenberg Feldman Smith, LLP answer the Amended Complaint dated December 14, 2009 as follows:

      1.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 1, 2, 3, 4, 5, 7, 9, 10, 12, 14, 17, 19, 22, 24, 27, 28, 31, 32, 33, 36, 37 and 38.

      2.    Deny the allegations of paragraphs 6, 8, 13, 15, 18, 20, 23, 25, 29, 34, 39, 41, 42, 43, 44, 46, 47, 48, 49, 51, 52, 53, 54, 56, 57, 58, 60, 61 and 62.

      3.    Repeat the responses to the paragraphs incorporated by reference in paragraphs 11, 16, 21, 26, 30, 35, 40, 45, 50, 55 and 59.

DATED: February 19, 2010

                                              ROSENBERG FELDMAN SMITH, LLP

                                      By: _____
                                        Michael H. Smith (MHS 4835)
                                        *Attorneys for Defendants*
                                        *RK Hillyer, LLC,*
                                        *Accommodations in New York, Inc.,*
                                        *18th Corp. and Kazuko Hillyer.*
                                        551 Fifth Avenue, 24th Floor
                                        New York, New York 10176
                                        (212) 682-3454

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

H. THOMAS MORAN, II, AS RECEIVER
OF THE ASSETS OF EDWARD T. STEIN; et al.,

                                          Plaintiffs,

        - against-

MORTON GOLDFARB; et al.,

                                          Defendants.
-------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

09 Civ. 7667 (DLC)

STATE OF NEW YORK    )
COUNTY OF NEW YORK  ) ss.:

    Osmani Gonzalez, being duly sworn, deposes and says:

1.    I am over the age of eighteen, not a party to this action, and reside in the County of Bronx, State of New York.

2.    On February 19, 2010, I served upon the following a true and accurate copy of the foregoing **ANSWER dated February 19, 2010**. Service was effected via first class mail by enclosing aforementioned papers in a postpaid and properly addressed wrapper, and dropping it in an official mail depository under the exclusive care and custody of the United States Postal Service, with said wrapper addressed as follows:

        PHILLIPS MURRAH P.C.
        Melvin R. McVay, Jr.
        Corporate Tower Thirteenth Floor
        101 North Robinson Avenue
        Oklahoma City, Oklahoma 73102

                                                          Osmani Gonzalez

Sworn to before me this
19th day of February, 2010

_____
Notary Public

        RICHARD S. CIACCI
A NOTARY PUBLIC, State of New York
        No. 02CI5049286
   Qualified in Westchester County
My Commission Expires February 21, 20 _10_