UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/10
```

H. THOMAS MORAN, II, *et al.*,

                      Plaintiffs,

  -v-

MORTON GOLDFARB, *et al.*,

                      Defendants.

No. 09 Civ. 7667 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter, dated July 2, 2010, from Matthew Canno and the Matthew Canno Trust, requesting, among other things, a pre-motion conference. This request is DENIED, as it is, at best, premature. All other issues may be addressed at the 9:30 a.m. conference on July 7, 2010, **at which counsel to the Canno Defendants shall appear**.

SO ORDERED.

Dated:    July 2, 2010
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE