AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| H. Thomas Moran, II, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   09-cv-7667-RJS |
| Morton Goldfarb, et al., | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Matthew Canno
220 West Rittenhouse Square, 25th Floor
Philadelphia, Pennsylvania  19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillips Murrah P.C.
Corporate Tower - 13th Floor
101 N. Robinson
Oklahoma City, OK  73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: 11 JUN 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  09-cv-7667-RJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Matthew Canno

was received by me on *(date)*  June 18, 2010 .

☒ I personally served the summons on the individual at *(place)*  220 W Rittenhouse Square 2561 Philadelphia, PA 19103  on *(date)*  June 22, 2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:  Per defendant, he was away prior to 6/22/10

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: June 22, 2010

*Server's signature*

Brian Zawodnick, Process Server
*Printed name and title*

PROCESS PLUS LEGAL SERVICES
2000 Pioneer Road  Suite 100
Huntingdon Valley, PA 19006

*Server's address*

Additional information regarding attempted service, etc: