UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
T. THOMAS MORAN, II, AS RECEIVER    :    09-cv-07667-RJS
OF THE ASSETS OF EDWARD T. STEIN, et al.,  :

                Plaintiffs,    :

    -against-    :

MORTON GOLDFARB, et al.,    :

                Defendants.    :
------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Kramer Levin Naftalis & Frankel LLP, hereby appears in the above-captioned matter on behalf of defendant, MORTON GOLDFARB, and demands that copies of all notices and pleadings given or filed in the above-captioned matter be given and served upon the attorney listed below at the following address, telephone number and e-mail address:

> Elise Scherr Frejka, Esq.
> Kramer Levin Naftalis & Frankel LLP
> 1177 Avenue of the Americas
> New York, New York  10036
> Telephone: (212) 715-9200
> Fax: (212) 715-8000
> Email: efrejka@kramerlevin.com

Dated:  New York, New York
         July 7, 2010

> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> *Attorneys for Morton Goldfarb*
>
> By:    /s/ Elise Scherr Frejka
>     Elise Scherr Frejka
>     1177 Avenue of the Americas
>     New York, New York 10036
>     Telephone: (212) 715-9200
>     Fax: (212) 715-8000