UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. THOMAS MORAN, II, *et al.*,

                         Plaintiffs,

-v-

MORTON GOLDFARB, *et al.*,

                         Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/10

No. 09 Civ. 7667 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at today's conference, the Matthew Canno Defendants have leave to file a pre-motion letter, as described in the Court's Individual Practices, by no later than Tuesday, July 13, 2010. Plaintiffs shall submit their response letter by no later than Friday, July 16, 2010. The parties shall send the letters to sullivannysdchambers@nysd.uscourts.gov. The Canno Defendants' time in which to answer or otherwise respond to the amended complaint is extended pending resolution of the contemplated motion.

    Additionally, Plaintiffs shall submit an order to show cause for Defendants who are in default by no later than Monday, August 9, 2010.

SO ORDERED.

Dated:    July 7, 2010
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE