**MEMO ENDORSED**

# NESENOFF & MILTENBERG, LLP
ATTORNEYS AT LAW
363 SEVENTH AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10001-3904

TELEPHONE (212) 736-4500
TELECOPIER (212) 736-2260

IRA S. NESENOFF
ANDREW T. MILTENBERG

PHILIP A. BYLER
ALAN M. SHECTMAN
SHARI S. LASKOWITZ
LAINE A. ARMSTRONG
MEGAN S. GODDARD

PARALEGAL
TANYA C. SIMMONS

July 9, 2010

**VIA ELECTRONIC MAIL**
Hon. Richard J. Sullivan
Unites States District Judge
United States Court House
500 Pearl Street
Courtroom 21C
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/10

Re:   **Moran *et al* v Goldfarb *et al*, 09 Civ. 7667 (RJS).**

Dear Judge Sullivan:

   We have recently been retained to represent the defendant Keith Cohen and Paula Jennings in the above-referenced action. We submit this letter pursuant to your Honor's individual practice rule 2(D) to request an extension of time to answer the complaint on behalf of Mr. Cohen and Ms. Jennings. In light of the fact that Mr. Cohen and Ms. Jennings have only recently retained counsel, we request that the Court grant an extension of seven (7) days from today, and permit Mr. Cohen and Ms. Jennings to submit an answer on or before July 16, 2010.

   This is our first request for an extension of time to answer, and the plaintiff's counsel does not oppose our request. Thank you for your consideration of this matter.

Respectfully submitted,
NESENOFF & MILTENBERG, LLP
Attorneys for Plaintiff

By: _____
Laine A. Armstrong (LA-3923)

363 Seventh Avenue, Fifth Floor
New York, New York 10001
212.736.4500

> This request is GRANTED. Defendants Keith Cohen and Paula Jennings's time in which to respond to the complaint is extended until July 16, 2010.

SO ORDERED
Dated: 7/9/10
RICHARD J. SULLIVAN
U.S.D.J.

cc:   Richard Gonnello, Esq.