USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. THOMAS MORAN, II, *et al.*,

                Plaintiffs,

-v-

MORTON GOLDFARB, *et al.*,

                Defendants.

No. 09 Civ. 7667 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter, dated July 6, 2010, from Defendant David Crandall, requesting a 30-day extension in which to respond to the complaint. Although Defendant's answer was due on May 3, 2010, this request is GRANTED IN PART. Defendant Crandall may respond to the complaint by no later than August 2, 2010.

SO ORDERED.

Dated:     July 8, 2010
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

Copies mailed to: