```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. THOMAS MORAN, II, *et al.*,

                 Plaintiffs,

-v-

MORTON GOLDFARB, *et al.*,

                 Defendants.

No. 09 Civ. 7667 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a pre-motion letter, dated July 13, 2010, from the Canno Defendants, requesting leave to file a motion to dismiss the complaint. IT IS HEREBY ORDERED that Plaintiffs shall respond to this letter, pursuant to the Court's Individual Practices, Rule 2A, by no later than Friday, July 16, 2010. Plaintiffs shall email their letter of no more than three pages to sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:    July 13, 2010
           New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE