UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H. THOMAS MORAN II, AS RECEIVER OF
THE ASSETS OF EDWARD T. STEIN; DISP,
LLC, EDWARD T. STEIN ASSOCIATES, LTD,:
G&C PARTNERSHIP JOINT VENTURES;
GEMINI FUND, I, L.P.; PRIMA CAPITAL
MANAGEMENT, LLC; VIBRANT CAPITAL
CORP; and VIBRANT CAPITAL FUNDING,
I LLC                                              :        Civil Action No.: 09-7667
                 Plaintiff,                :

  -against-                                       :        INITIAL DISCLOSURES
                                          :        OF DEFENDANTS
MORTON GOLDFARB, CHARLES SAN            :        PAULA JENNINGS
FILLIPO, FRED KLINE, MARIAN KLEIN,      :        AND KEITH COHEN
PATRICK ROTH, GWENDOLIN, INC F/K/A
CHANGEBRIDGE CORPORATION, VICTOR :
NELSON, ROBERT TUCCILLO, SEYMORE
"SY" SCHNEIDER, PETER VARIO, NEIL
RICK, JOHN LAVIANO, ROBERT HOLBERT,:
JANET MULHALL, BARRY T. ZEMAN,
ANGELA ZEMAN, JOSHUA ZEMAN, JOEL
MARKS, RUTH MARKS, MARVEL IMPORT
INDUSTRIES, INC, RETIREMENT PLAN,
JOSEPH BURKE, INDIVIDUALLY AND AS
THE EXECUTOR OF THE ESTATE OF
JOSEPH M. BURKE SR, HARJINDER S.
SIDHU, HOTEL DES PAYS, JULES SIEBURG :
YOUNG BIN CHOO, CHOO REVOCABLE
TRUST, CHANG WOON HUH CHOO,
DOMINIC MARISCOVETRE, HAROLD
STERNFELD, STUART NATTBOY, GLORIA
NATTBOY, AS THE TRUSTEE OF THE
NATTBOYMARITAL TRUST, MONA L.
SHAPIRO-ROGERS, CHRIS LOVITO, RK
HILLYER, LLC, ACCOMODTIONS IN NEW
YORK, INC, 18TH CORP/KAZUKO HILLYER, :
RUTH MARKS FAMILY TRUST, JOAN
ELLEN STEIN, PHILLIP UCHITEL,
SUZANNE YOUNG, AS EXECUTOR OF THE :
ESTATE OF ANDREW J. YOUNG, IRWIN
COHEN, VALLERIE HARRIS, PHILLIP
EDWARDS, ELLEN EDWARDS, BRUCE
ROSENZWEIG, MICHAEL SANDLOFFER,

| | |
|---|---|
| CHRIS READ A/K/A CHRIS STERNFELD, BROOKLE SIEGEL, IRENE BRANDES, SCOTT EINIGER, MICHAEL POMERANTZ ARLENE BERTINI, MATTHEW CANNO TRUST, PAULA JENNINGS, KEITH COHEN PETER COSOLA, FUNDSLOSO, INC, PETER COSOLA, INC, JODY FAITELSON, STEPHEN KATZ, GERDA MARX, CRAIG ROSENBERG, LAURA ROSENBERG, CATHERINE BRIENZA, PATRICIA SINISTORE, DOMINICK VARIO, DALE GLASS, FELIX DIMARTINO, JOANN DIMARTINO, ROOFTOP, INC., MATTHEW CANNO, JANICE ABERT, JANICE ABERT DEFINED BENEFIT PENSION PLAN, WILLIAM AUCION, EDWARD HAMILTON, AXEL VENTURES DEFINED BENEFIT PENSION PLAN, DAVID CRANDALL, ALEXANDER JEONG, LAUREN SIEGEL, DOROTHY ALMADGE, EMANUEL TREES, WILLIAM SINISTORE, BOJACK CORP., PATRICIA ROMANO AND BARBARA K. WEINER | : : : : : : : : : : : : : : : : : : : : : : |
| **Defendants.** | : |

-----------------------------------------------------------------X

Defendants Paula Jennings and Keith Cohen (hereinafter Defendants), by and through their attorneys Nesenoff & Miltenberg, LLP, hereby submits these Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Defendants reserve the right to supplement and amend these disclosures as discovery proceeds. The inclusion of documents in this disclosure statement shall not be deemed to waive: (i) the attorney-client privilege and/or the work-product doctrine, either generally or as they may pertain to particular document; and/or (ii) objections to the admissibility of these documents at trial.

1.   **Rule 26(a)(1)(A) Disclosures:**

      Keith Cohen                                    Has information on subject
      c/o Nesenoff & Miltenberg, LLP          of investment in Disp, LLC

2

| | |
|---|---|
| 363 Seventh Avenue, 5th Floor<br>New York, New York 10001 | and Gemini Fund, I, L.P. |
| Paula Jennings<br>c/o Nesenoff & Miltenberg, LLP<br>363 Seventh Avenue, 5th Floor<br>New York, New York 10001 | Has information on subject<br>of investment in Disp, LLC<br>and Gemini Fund, I, L.P. |

2. **Rule 26(a)(1)(B) Disclosures:**

Defendants object to the production of those documents that are beyond the scope of discovery permitted by the Federal Rules of Civil Procedure. Further, Defendants object to the production of documents that are proprietary or confidential in nature as well as documents protected by the attorney-client privilege and/or the work product doctrine.

Notwithstanding the foregoing, Defendants set forth a description of documents that they may use to support their claims or defenses.

   A.  Gemini Fund, I, L.P. Account Statements for account in the name of "Shelley Cohen".

   B.  Gemini Fund, I, L.P. Account Statements for account in the name of "Keith Cohen".

   C.  Gemini Fund, I, L.P. Account Statements for account in the name of "Keith Cohen & Paula Jennings".

   D.  Gemini Fund, I, L.P. Account Statements for account in the name of "Shelley Cohen ITF Beth Cohen".

   E.  Gemini Fund, I, L.P. Account Statements for account in the name of "Shelley Cohen ITF Keith Cohen".

   F.  Medical Records of Beth Cohen, beneficiary of accounts of Shelley Cohen.

Such documents are located at the offices of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, New York, New York 10001 or in the possession of Defendants. Defendants reserve the right to amend and/or supplement this mandatory disclosure as discovery progresses.

3.      **Rule 26(a)(1)(C) Disclosures:**

At the present time, Defendants have not interposed cross claims or counterclaims, and thus have not prepared a computation of damages. Defendants expressly reserve their right to supplement this response if discovery reveals damages or loss to Defendants.

4.      **Rule 26(a)(1)(D) Disclosures:**

Defendants are not aware of any insurance policy that would be applicable to satisfy part or all of a judgment which may be entered in the action against Defendants or to indemnify or reimburse for payments made to satisfy a judgment.

**Dated:**   New York, New York
            August 4, 2010

                                            NESENOFF & MILTENBERG, LLP
                                            **Attorneys for Plaintiff**

                                    **By:**  _____
                                            Laine A. Armstrong (LA-3923)
                                            363 Seventh Avenue - Fifth Floor
                                            New York, New York 10001
                                            (212) 736-4500

**TO:**  Richard W. Gonnello
         Entwistle & Cappucci LLP
         280 Park Avenue, 26th Floor West
         New York, NY  10017