UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. THOMAS MORAN, II, *et al.*,

                Plaintiffs,

-v-

MORTON GOLDFARB, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/10

No. 09 Civ. 7667 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter, dated October 11, 2010, from Third-Party Defendants, proposing a briefing schedule for their motion to dismiss the Second Amended Third-Party Complaint. Because the Court rejects the proposed briefing schedule, IT IS HEREBY ORDERED that the parties abide by the following briefing schedule:

| | |
|---|---|
| November 12, 2010 | Third-Party Defendants shall file their motion to dismiss and related papers; |
| December 13, 2010 | Third-Party Plaintiff shall file his opposition papers; and |
| December 23, 2010 | Third-Party Defendants shall file their reply papers. |

The parties are reminded to adhere to the Court's Individual Practices, Rule 2, regarding filing motion papers.

SO ORDERED.

Dated:    October 12, 2010
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE