**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/10

**MOSS & KALISH, PLLC**
COUNSELLORS AT LAW
122 EAST 42ND STREET
NEW YORK, NY 10168-0098
---
TELEPHONE: (212) 867-4488
TELECOPIER: (212) 983-5276
E-MAIL: LAWYERS@MOSSKALISH.COM

MARK L. KALISH
GARY N. MOSS
LARRY Z. LAZAR*
---
DAVID B. GELFARB*
JAMES SCHWARTZMAN
---
ROBERT H. SIEGEL
OF COUNSEL

*ALSO ADMITTED IN NEW JERSEY

NASSAU OFFICE
1055 FRANKLIN AVENUE, SUITE 306
GARDEN CITY, NY 11530
---
writer's e-mail:
gelfarb@mosskalish.com

October 25, 2010

Via e-mail to sullivannysdchambers@nysd.uscourts.gov
Honorable Richard Sullivan
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: H. Thomas Moran, II v. Morton Goldfarb, et al.
        No. 09 Civ. 7667 (RJS)

Dear Judge Sullivan:

    We represent the defendants Jules Sieburgh ("Sieburgh") and Hotel Des Pays in the referenced action. I write, with the consent of my adversary, Richard Gonnello, Esq., to request that the Court extend defendant Sieburgh's time to answer the complaint, and to serve required disclosure pursuant to FRCP 26(a)(1), from October 27, 2010 until November 3, 2010. On October 14, 2010, the Court entered an Order (entry 223 on the docket sheet) directing Sieburgh to enter an appearance and comply with his discovery obligations by October 27, 2010 (the "October 14th order"). Mr. Gonnello has graciously agreed to stipulate to extend the October 27, 2010 deadline until November 3, 2010. Accordingly, Sieburgh respectfully requests that the Court issue an order enlarging his time to comply with the October 14th order until November 3rd, 2010.

    Thank you for your consideration of this matter.

        Respectfully submitted,

        David B. Gelfarb

cc: Richard Gonnello, Esq. (via e-mail)

SO ORDERED
Dated: 10/25/10
RICHARD J. SULLIVAN
U.S.D.J.