UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                :
H. THOMAS MORAN, II, *et al.*,                  :
                                                :
                        Plaintiff,              :   Case No.: 09 Civ. 7667 (RJS)
                                                :
        v.                                      :
                                                :
MORTON GOLDFARB, *et al.*,                      :
                                                :
                        Defendants.             :
                                                :
-------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/11

### [PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFENDANT EMANUEL TRESS WITH PREJUDICE

The Receiver has notified the Court that a settlement has been reached with Emanuel Tress (Def. No. 82).

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Receiver's claims in this action against defendant Emanuel Tress (Def. No.82) are dismissed with prejudice.

Dated this 15th day of March 2011.

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE